UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOEL DUDLEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Civil No. 2:14-cv-00291-NT |
| CHRISTINE FOSTER, *et al.,* | ) ) |
|     Defendants. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 28, 2014 his Recommended Decision (ECF No. 4). The Plaintiff filed a letter with the Court on September 23, 2014 (ECF No. 6), which the Court views as an Objection to the Recommended Decision.[1]

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

---

[1] The Recommended Decision in this case was written by Magistrate Judge John C. Nivison. In his letter to the Court, Mr. Dudley mistakenly thought the Recommended Decision was written by United States Judge John Levy. Judge Levy merely recused himself from acting on this case.

It is further ORDERED that the Plaintiff's complaint be DISMISSED, and the Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED as MOOT.

SO ORDERED.

/s/ Nancy Torresen
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2014.